U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 16 2009

ROBERT H. SHEMWELL, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AARON TOLLIVER, JR., AKA ARON TOLLIVER | CIVIL ACTION NO. 08-1667 |
| VERSUS | JUDGE ROBERT G. JAMES |
| VENETIA MICHAEL, WARDEN | MAG. JUDGE KAREN L. HAYES |

## ORDER

For the reasons contained in the Report and Recommendation [Doc. No. 6] of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED that Petitioner Aaron Tolliver, Jr., a/k/a Aron Tolliver's second and successive petition for writ of habeas corpus [Doc. No. 3] is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

MONROE, LOUISIANA, this 13 day of February, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE